KARL KRIGSMAN, PLAINTIFF-RESPONDENT, CROSS-APPELLANT, v. BEACH CONCRETE COMPANY, INC., DEFENDANT-APPELLANT, CROSS-RESPONDENT.

Argued April 11, 1967—Decided June 5, 1967.

*Mr. Leslie S. Kohn* argued the cause for plaintiff-respondent, cross-appellant.

*Mr. Raymond L. Cunneen* argued the cause for defendant-appellant, cross-respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.